IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PERLITA C. MAERINA,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

    Defendant.

**NOTICE OF REMOVAL**
**(FEDERAL QUESTION)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant ARS National Services, Inc. ("Defendant") hereby gives notice of removal of this cause of action, under the caption *Perlita C. Maerina v. ARS National Services, Inc.* from the Fourth Judicial District, County of Hennepin, State of Minnesota ("State Court Action") to the United States District Court for the District of Minnesota. In support of removal, Defendant, by and through its attorneys, states as follows:

    1.    On April 22, 2014, Defendant was served in this matter. The matter was venued in the Fourth Judicial District Court of the State of Minnesota. On May 16, 2014, Defendant was served with Plaintiff's First Amended Complaint. A copy of the Summons, Complaint, Amended Summons and Amended Complaint are attached hereto and marked as Exhibit "A". Upon information and belief, the State Court Action has not been filed with the state court, but has been commenced via service of the same, pursuant to the Minnesota Rules of Civil Procedure.

2498511v1

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

3. As Defendant was served on April 22, 2014, this removal is timely.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. Notice of this removal will be sent to Fourth Judicial District Court, State of Minnesota and served on Plaintiff.

WHEREFORE, Defendant requests that further proceedings in the Fourth Judicial District, County of Hennepin, State of Minnesota, be discontinued and that this action be removed in its entirety to the United States District Court for the District of Minnesota, which will then assume full jurisdiction over this cause of action.

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated:  May 22, 2014 | By: s/Michael S. Poncin<br>Michael S. Poncin (#296417)<br>James R. Bedell (#351544)<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis MN  55402-4129<br>Telephone:  (612) 877-5000<br>Facsimile:  (612) 877-5999<br>E-Mail:  mike.poncin@lawmoss.com<br>E-Mail:  jim.bedell@lawmoss.com<br><br>ATTORNEYS FOR DEFENDANT<br>ARS NATIONAL SERVICES, INC. |

2498511v1